UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-8250-MWF(PJWx)**                                    Dated: **December 5, 2016**

Title:     Ghamar Fazlelahi, et al. -v- Lufthansa German Airlines, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                    None Present
    Relief Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Settlement filed December 2, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **January 9, 2017 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                                    Initials of Deputy Clerk   cw
CIVIL - GEN

-1-