JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

1/19/2018

**CENTRAL DISTRICT OF CALIFORNIA**
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHAMAR FAZLELAHI and EBRAHIM BAGHERI, | Case No. CV15-08250 MWF (PJWx) |
| Plaintiffs, | **ORDER RE DISMISSAL** |
| vs. | |
| LUFTHANSA GERMAN AIRLINES aka DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, and DOES 1 through 25 Inclusive, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 15-cv-08250 MWF (PJWx) is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: January 19, 2018

_____
Honorable Michael W. Fitzgerald
United States District Judge